**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Michael Appel | Social Security number or ITIN  xxx−xx−1540 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Kathleen Appel | Social Security number or ITIN  xxx−xx−8837 |
| | First Name   Middle Name   Last Name | EIN  _ _−_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 15−31846−MBK | |

# Order of Discharge                                                                                                                          12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Michael Appel                                                          Kathleen Appel

9/1/21                                                                          **By the court:** Michael B. Kaplan
                                                                                                     United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 13 Case

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Michael Appel  
Kathleen Appel  
Debtors

Case No. 15-31846-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 | User: admin | Page 1 of 3
Date Rcvd: Sep 01, 2021 | Form ID: 3180W | Total Noticed: 41

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Michael Appel, Kathleen Appel, 20 Railroad Ave., Whitehouse Station, NJ 08889-3286 |
| 515860287 | + | Readington Twp Tax Collector, 509 County Rd 523, Whitehouse Station, NJ 08889-4099 |
| 515860288 | + | Rickart Collections Systems, 575 Milltown Rd., North Brunswick, NJ 08902-3336 |
| 515860291 | + | State of New Jersey, Dept of Labor, PO Box 951, Trenton, NJ 08625-0951 |
| 516356918 | + | Township of Readington, Readington Township Tax Collector, 509 Route 523, Whitehouse Station NJ 08889-4004 |
| 515999927 | + | Toyota Motor Credit Corporation, PO BOX 9013, Addison, TX 75001-9013 |
| 515860299 |   | Transworld System, PO Box 13574, Philadelphia, PA 19101 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg |   | Email/Text: usanj.njbankr@usdoj.gov | Sep 01 2021 22:22:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Sep 01 2021 22:22:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 515860279 | + | EDI: RMSC.COM | Sep 02 2021 01:53:00 | Bill Me Later, PO Box 105658, Atlanta, GA 30348-5658 |
| 515860280 | + | EDI: CAPITALONE.COM | Sep 02 2021 01:53:00 | Capital One, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 515931631 |   | EDI: CAPITALONE.COM | Sep 02 2021 01:53:00 | Capital One Bank (USA), N.A., PO Box 71083, Charlotte, NC 28272-1083 |
| 515990485 |   | EDI: BL-BECKET.COM | Sep 02 2021 01:53:00 | Capital One, N.A., c o Becket and Lee LLP, POB 3001, Malvern, PA 19355-0701 |
| 515860281 | + | EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Citicards, PO Box 6241, Sioux Falls, SD 57117-6241 |
| 516056942 | + | EDI: WFNNB.COM | Sep 02 2021 01:53:00 | Comenity Capital Bank, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 515860282 | + | Email/PDF: creditonebknotifications@resurgent.com | Sep 01 2021 22:25:27 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 515860285 | + | EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Macy's DSNB, PO Box 8218, Mason, OH 45040 |
| 515860283 | + | EDI: DISCOVER.COM | Sep 02 2021 01:53:00 | Discover, PO Box 71084, Charlotte, NC 28272-1084 |
| 515873407 |   | EDI: DISCOVER.COM | Sep 02 2021 01:53:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 515860284 | + | Email/Text: PBNCNotifications@peritusservices.com | Sep 01 2021 22:21:00 | Kohl's, PO Box 2983, Milwaukee, WI 53201-2983 |
| 515962171 |   | Email/PDF: resurgentbknotifications@resurgent.com | | |

Case 15-31846-MBK    Doc 60    Filed 09/03/21    Entered 09/04/21 00:14:01    Desc Imaged
                                Certificate of Notice    Page 4 of 5

| District/off: 0312-3 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: 3180W | Total Noticed: 41 |

| | | | |
|---|---|---|---|
| | | Sep 01 2021 22:25:27 | LVNV Funding LLC, c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 515962207 | + EDI: MID8.COM | Sep 02 2021 01:53:00 | Midland Credit Management, Inc. as agent for, MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 515860286 | Email/Text: Bankruptcy.Notices@pnc.com | Sep 01 2021 22:21:00 | PNC Bank, 2730 Liberty Ave, Pittsburgh, PA 15222 |
| 516023371 | EDI: PRA.COM | Sep 02 2021 01:53:00 | Portfolio Recovery Associates, LLC, c/o Sears Premier Card, POB 41067, Norfolk VA 23541 |
| 516022746 | EDI: PRA.COM | Sep 02 2021 01:53:00 | Portfolio Recovery Associates, LLC, c/o The Home Depot, POB 41067, Norfolk VA 23541 |
| 516022792 | EDI: PRA.COM | Sep 02 2021 01:53:00 | Portfolio Recovery Associates, LLC, c/o Tractor Supply, POB 41067, Norfolk VA 23541 |
| 516037162 | EDI: Q3G.COM | Sep 02 2021 01:53:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 515860292 | + EDI: RMSC.COM | Sep 02 2021 01:53:00 | SYNCB/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 515860294 | + EDI: RMSC.COM | Sep 02 2021 01:53:00 | SYNCB/Walmart, PO Box 965005, Orlando, FL 32896-5005 |
| 518134311 | + Email/Text: bncmail@w-legal.com | Sep 01 2021 22:22:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518134312 | + Email/Text: bncmail@w-legal.com | Sep 01 2021 22:22:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 515860289 | + Email/Text: bankruptcy@savit.com | Sep 01 2021 22:22:00 | Savit Collection, PO Box 250, East Brunswick, NJ 08816-0250 |
| 515860290 | + EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Sears Citibank SD, PO BOX 6283, Sioux Falls, SD 57117-6283 |
| 515860293 | + EDI: RMSC.COM | Sep 02 2021 01:53:00 | Syncb/Lowe's, PO Box 965005, Orlando, FL 32896-5005 |
| 515862083 | EDI: RMSC.COM | Sep 02 2021 01:53:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 515860295 | EDI: TDBANKNORTH.COM | Sep 02 2021 01:53:00 | TD Bank, PO Box 219, Lewiston, ME 04243 |
| 515860296 | + EDI: CITICORP.COM | Sep 02 2021 01:53:00 | The Home Depot, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 515860297 | + EDI: TFSR.COM | Sep 02 2021 01:53:00 | Toyota Motor Finance, 5005 N. River Blvd. NE, Cedar Rapids, IA 52411-6634 |
| 515860298 | + EDI: CITICORP.COM | Sep 02 2021 01:53:00 | Tractor Supplu Co., PO Box 9001006, Louisville, KY 40290-1006 |
| 515860300 | + EDI: BLUESTEM | Sep 02 2021 01:53:00 | Webb Bank/Fingerhut, 6250 Ridgewood Rd., Saint Cloud, MN 56303-0820 |
| 516009963 | EDI: ECAST.COM | Sep 02 2021 01:53:00 | eCAST Settlement Corporation, PO Box 29262, New York, NY 10087-9262 |

TOTAL: 34

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a**

| District/off: 0312-3 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Sep 01, 2021 | Form ID: 3180W | Total Noticed: 41 |

preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 518134330 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518134331 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2021        Signature:    /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 1, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Laurence R. Sheller | on behalf of Joint Debtor Kathleen Appel laurence.sheller@gmail.com |
| Laurence R. Sheller | on behalf of Debtor Michael Appel laurence.sheller@gmail.com |

TOTAL: 5